FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Oct 27  11 22 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| RALPH SPAULDING,<br>Plaintiff, | CIVIL CASE NO.<br>3:03cv0210 (PCD) |
| VS. | |
| KENNETH L. MIRON<br>Defendant. | OCTOBER 13, 2003 |

## STIPULATION OF DIMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, Ralph Spaulding, and defendant, Kenneth L. Miron., that the within action shall be, and the same hereby is, dismissed against defendant, Kenneth L. Miron, in its entirety and with prejudice and without costs and attorneys' fees to either party.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between defendant, Kenneth L. Miron, and plaintiff, Ralph Spaulding, that the within counterclaim shall be, and the same hereby is, dismissed against plaintiff, Ralph Spaulding, in its entirety and with prejudice and without costs and attorneys' fees to either party.

Willinger, Willinger & Bucci, P.C.
Attorneys for Plaintiff
Ralph Spaulding

By: _____
Thomas W. Bucci
Federal Bar #ct07805

Dated: 10-13-2003

Robinson & Cole
Attorneys for Defendant
Kenneth L. Miron

By: _____
Ursula L. Haerter, Esquire
Federal Bar #ct19479

Dated: 10/25/03

Stipulation of dismissal is adopted with the terms as set forth by the parties. The Clerk shall close the file. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

10/31/03